UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MADE JS-6**

SHERRI HILL, AN INDIVIDUAL,
and SHERRI HILL, INC.,

                  Plaintiffs,

        v.

LET'S FASHION, INC.,

                  Defendant.

Case No. CV10-2682 GW (AGRx)

**ORDER UPON CONSENT TO ENTRY OF PERMANENT INJUNCTION**

**WHEREFORE IT IS ORDERED, ADJUDGED AND DECREED** as follows:

(1) Defendant and its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive actual notice of the Order by personal service or otherwise, shall be and are hereby permanently enjoined from:

    (a) importing, exporting, selling, offering for sale, marketing, advertising and/or distributing any Copies of Sherri Hill's Products;

    (b) making any reference to Sherri Hill's Copyrights and/or Sherri Hill's Trademarks/Trade Dresses in any advertising and/or verbal sales pitches for any products. By way of non-limiting example, advertising includes: print and/or graphics in newspapers, magazines, or on the internet/world-wide-web, commercials on the radio, television, on flyers, posters, catalogs, mailers, and/or in-store displays. By way of further non-limiting example, verbal sales pitches include in-store or telephone conversations with consumers or prospective consumers.

---

**[PROPOSED] ORDER UPON CONSENT TO ENTRY OF PERMANENT INJUNCTION**

1

   (c) engaging in any conduct that will cause or is likely to cause confusion, mistake, or misunderstanding as to the source, affiliation, connection, or association of Let's Fashion and its products with Sherri Hill and its products; and

   (d) otherwise infringing upon Sherri Hill's Copyrights and/or Sherri Hill's Trademarks/Trade Dresses or unfairly competing with Sherri Hill in any manner whatsoever.

 (2) All claims made by Sherri Hill against Let's Fashion as part of this action are hereby dismissed with prejudice.

 (3) The Court will retain jurisdiction of the parties and this matter for purposes of enforcement of the permanent injunction as set forth herein in this Order Upon Consent.

Dated: June 24, 2010

GEORGE H. WU
United States District Judge

**[PROPOSED] ORDER UPON CONSENT TO ENTRY OF PERMANENT INJUNCTION**